# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Andre M. Espinosa |
| | : | |
| v. | : | Mag. No. 22-mj-11059 |
| | : | |
| WARREN PAUL | : | **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Christopher Fell, Assistant United States Attorney), and Defendant Warren Paul (by Howard Greenberg, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including March 24, 2023; and Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his pursuant to Title 18, United States Code, Section 3161(b); and this being the sixth continuance requested by the parties, and Defendant, through Defendant's attorney, having consented to the continuance; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1) Following plea negotiations, the parties have entered into a written plea agreement;

(2) A plea hearing is not yet scheduled and the parties request additional time to schedule a plea hearing before the Court;

(3) Defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial;

WHEREFORE, it is on this __23__ day of March, 2023;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including May 24, 2023; and it is further

ORDERED that the period from the date this Order is signed through and including May 24, 2023, shall be excludable in computing time under the Speedy Trial Act of 1974.

S/ANDRÉ M. ESPINOSA
HONORABLE ANDRE M. ESPINOSA
United States Magistrate Judge

Form and entry consented to:

Howard Greenberg, Esq.
Counsel for Defendant

/s/ Christopher Fell
Christopher Fell
Assistant United States Attorney